✎AO 247 (NC/W 03/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No: 5:99CR60-02 |
| JOHNNY LEE WILFONG ) | USM No: 15048-058 |
| Date of Previous Judgment:  01/08/2001 ) | Tanzania c. Cannon-Eckerle |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of   ■ the defendant   ❒ the Director of the Bureau of Prisons   ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

■ DENIED.   ❒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**REASON FOR DECISION:**

The projected release date of the Defendant, June 8, 2008, has already passed.  Therefore, the Court will <u>DENY</u> the Motion of the Defendant as moot.

**IT IS SO ORDERED**.

Signed: June 17, 2008

*Richard L. Voorhees*
Richard L. Voorhees
United States District Judge